# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 2:06-CR-133 |
| ) | |
| GUILLERMO RIVERA, ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER

This matter is before the Court on the Motion for Severence of Counts/Charges, filed by Guillermo Rivera ("Rivera") on August 24, 2007.

The motion seeks a separate trial on each of Rivera's three bank robbery charges pending before this Court. The motion alleges only that the severance should be granted because the alleged bank robberies occurred at separate and distinct places and times, and did not occur on the same day. Rivera believes that the trial of these charges together will unfairly prejudice him and confuse the jury.

Federal Rule of Criminal Procedure 14(a) provides that:

> If the joinder of offenses or defendants in an indictment, an information, or a consolidation for trial appears to prejudice a defendant or the government, the court may order separate trials of counts, sever the defendants' trial, or provide any other relief that justice requires.

Here, Defendant has offered nothing that has demonstrated to this Court that he will be prejudiced by trial together of the counts pending in this case.  Further, Defendant has alleged nothing that indicates the jury will be confused by hearing these counts together in one case.  If Rivera's argument were accepted, then nearly every criminal case with multiple counts that did not allege a conspiracy would be subject to severance.  This is clearly not the intention of Federal Rule of Criminal Procedure 14(a). Accordingly, upon due consideration, Defendant's motion to sever is **DENIED.**

**DATED: August 27, 2007**          **/s/ RUDY LOZANO, Judge**
                                    **United States District Court**